1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10 | DANIESHA WASHINGTON, an individual,  )    Case No.: 12-CV-01699-LHK
                                                 )

11

                         Plaintiff,        )

12

       v.                         )    ORDER TO FILE CONSENT TO
                                                  )    MAGISTRATE JUDGE

13

COUNTY OF MONTEREY, a government    )
entity; and DOES 1 to 20, inclusive,       )

14

                                                 )

15

                    Defendants.     )
                                                  )

16

17 |      The parties indicate in their July 11, 2012 joint case management statement that they both

18 | consent to proceed before a Magistrate Judge for all purposes, including trial and entry of

19 | judgment. *See* ECF No. 15 at 5.  Accordingly, by July 16, 2012, each party shall file its consent to

20 | proceed before a Magistrate Judge for all purposes.  Upon such filings, the Court will refer this

21 | matter for reassignment to a Magistrate Judge for all purposes and will vacate the case

22 | management conference currently set for July 18, 2012.

23 | **IT IS SO ORDERED.**

24

25 | Dated: July 12, 2012                        _Lucy H. Koh_____

26 |                                     LUCY H. KOH
                                    United States District Judge

27

28

*Left margin:* **United States District Court** For the Northern District of California

Case No.: 12-CV-01699-LHK
ORDER TO FILE CONSENT TO MAGISTRATE JUDGE