UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIESHA WASHINGTON, an individual,<br><br>    Plaintiff,<br>  v.<br><br>COUNTY OF MONTEREY, a government entity; and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No.: 12-CV-01699-LHK<br><br>ORDER TO FILE CONSENT TO MAGISTRATE JUDGE |

The parties indicate in their July 11, 2012 joint case management statement that they both consent to proceed before a Magistrate Judge for all purposes, including trial and entry of judgment. *See* ECF No. 15 at 5. Accordingly, by July 16, 2012, each party shall file its consent to proceed before a Magistrate Judge for all purposes. Upon such filings, the Court will refer this matter for reassignment to a Magistrate Judge for all purposes and will vacate the case management conference currently set for July 18, 2012.

**IT IS SO ORDERED.**

Dated: July 12, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-01699-LHK
ORDER TO FILE CONSENT TO MAGISTRATE JUDGE