UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIESHA WASHINGTON, an individual, ) | Case No.: 12-CV-01699-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER REFERRING CASE FOR |
| ) | REASSIGNMENT |
| COUNTY OF MONTEREY, a government ) | |
| entity; and DOES 1 to 20, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Both parties having consented to proceed before a Magistrate Judge for all purposes, the above-captioned case is hereby referred for reassignment to a Magistrate Judge for all purposes. *See* ECF Nos. 18, 20. All pending deadlines, including the July 18, 2012 case management conference, are hereby vacated.

**IT IS SO ORDERED.**

Dated: July 17, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-01699-LHK
ORDER REFERRING CASE FOR REASSIGNMENT