*E-filed: September 17, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIESHA WASHINGTON,<br><br>    Plaintiff,<br>  v.<br><br>COUNTY OF MONTEREY; ET AL.,<br><br>    Defendants._____ / | No. C12-01699 HRL<br><br>**ORDER DIRECTING CLERK TO REMOVE FILINGS FROM DOCKET AND COURT RECORD** |

Defendants in this case having filed their initial disclosures, including a private and confidential document, the filing of which violates Federal Rule of Civil Procedure 5.2, the Clerk of Court is hereby directed to remove the documents filed as Docket entries 32 and 33 from the record. Defendants are reminded that discovery should not be filed with the Court and are further reminded to comply with Rule 5.2.

**IT IS SO ORDERED.**

Dated: September 17, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C 12-01699 HRL Notice will be electronically mailed to:**

2  Adam Krolikowski      akrolikowski@mastagni.com
   Jennifer Schwarz      jaschwarzesq@gmail.com
3  David Walker      Dwalker@ccclawfirm.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**