Adam J. Krolikowski (SBN 202946)
Jennifer A. Schwarz (SBN 253067)
The Krolikowski Law Firm
1200 Main Street, Suite H
Irvine, California 92614
Tel. (949) 269-1869
Fac. (949) 269-1868
email: adam@usethelaw.com
email: jennifer@usethelaw.com

*E-FILED: December 20, 2012*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DANIESHA WASHINGTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY, a government entity; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. C 12-01699 HRL<br>Before Judge Howard R. Lloyd<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE COURT'S FACTUAL DISCOVERY CUTOFF** |

**STIPULATION TO EXTEND THE WRITTEN DISCOVERY CUT-OFF**

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

The court designated cut-off date of January 14, 2013 for all factual discovery shall be extended to February 1, 2013. Plaintiff has very limited availability in which to provide full and complete discovery responses for Defendant. Defendant needs adequate time to review and respond to the discovery responses of Plaintiff. As such, parties agree that they will have until February 1, 2013 to conduct all written discovery, depositions, and other factual discovery matters. By this stipulation, the parties understand that other than motions related to discovery, no other dates imposed by the Court's trial order are to be extended.

| | |
|---|---|
| | The Krolikowski Law Firm |
| Dated: December 6, 2012 | /s/Adam Krolikowski<br>Adam J. Krolikowski for<br>Plaintiff Daniesha Washington |
| | Craddick, Candland, & Conti |
| Dated: December 6, 2012 | W. David Walker for<br>Defendants County of Monterey<br>Defendant California Forensic<br>Medical Group |

Pursuant to stipulation, it is SO ORDERED.

DATED: December 20, 2012

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge