Adam J. Krolikowski (SBN 202946)
THE KROLIKOWSKI LAW FIRM
1200 Main Street, Suite H
Irvine, California 92614
T. (949) 269-1869
F. (949) 269-1868
Email: adam@usethelaw.com
*Attorneys for Plaintiff*

*E-FILED: January 29, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DANIESHA WASHINGTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MONTEREY, a government entity; CALIFORNIA FORENSIC MEDICAL GROUP, an business entity unknown; and DOES 2 to 20, inclusive,<br><br>Defendants. | **Case No.: Case No. C 12-01699 HRL**<br><br>**Before the Hon. Howard R. Lloyd**<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND THE FACTUAL DISCOVERY CUTOFF DATE OF FEBRUARY 1, 2013; DECLARATION OF JENNIFER A. SCHWARZ** |

**STIPULATION TO EXTEND THE FACTUAL DISCOVERY CUT-OFF**

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

---

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND THE FACTUAL
DISCOVERY CUTOFF DATE OF FEBRUARY 1, 2013; DECLARATION OF
JENNIFER A. SCHWARZ
- 1 -

The court designated cut-off date was extended per stipulation of the parties to February 1, 2013.  The parties request that the Discovery cut-off now be extended to February 28, 2013, as depositions for Defendants witnesses are not able to be taken prior to the February 1, 2013 cut-off.  As such, parties agree that they will have until February 28, 2013 to conduct all depositions and other factual discovery matters.  By this stipulation, the parties understand that other than motions related to discovery, no other dates imposed by the Court's trial order are to be extended.

The Krolikowski Law Firm

Dated: January 25, 2013         /s/Adam Krolikowski
                              Adam J. Krolikowski for
                              Plaintiff Daniesha Washington


                              Craddick, Candland, & Conti

Dated: January 25, 2013        _/s/_____
                              W. David Walker for
                              Defendants County of Monterey
                              and California Forensic Medical
                              Group

# [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN,

The factual discovery cutoff date of February 1, 2013 shall be extended to February 28, 2013.

Having already granted a previous request for an extension of the discovery schedule, the Court is not inclined to grant any further extensions.

Date: January 29, 2013

_____
Honorable Howard K. Lloyd
Honorable Howard R. Lloyd

---

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND THE FACTUAL DISCOVERY CUTOFF DATE OF FEBRUARY 1, 2013; DECLARATION OF JENNIFER A. SCHWARZ

- 3 -