*E-FILED: July 24, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIESHA WASHINGTON,<br><br>    Plaintiff,<br>  v.<br><br>COUNTY OF MONTEREY; ET AL.,<br><br>    Defendants.<br>_____/ | No. C12-01699 HRL<br><br>**ORDER RE MOTIONS IN LIMINE**<br><br>**[Re: Dkt. Nos. 45, 49, 50]** |

As discussed at the July 23, 2013 Pretrial Conference, the rulings of the court made on the record at the conference shall constitute the court's Pretrial Order. Additionally, for the reasons discussed at that conference, the court rules on the parties' respective motions in limine as follows:

Plaintiff's Motion in Limine No. 1 to Exclude Expert Testimony of Judith Hartman, M.D. is DENIED.

Plaintiff's Motion in Limine No. 2 to Exclude Defendant's Expert, Dr. Rael, is GRANTED IN PART AND DENIED IN PART. Dr. Rael may testify as a medical expert but is precluded from testifying about plaintiff's credibility or whether it is possible for plaintiff to have suffered mental trauma from the events that form the basis of the complaint.

Defendants' Motions in Limine Nos. 1-9 are GRANTED.

**IT IS SO ORDERED.**

Dated: July 24, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-01699 HRL Order will be electronically mailed to:**

Adam John Krolikowski akrolikowski@mastagni.com, adam@usethelaw.com, cindi@usethelaw.com, jennifer@usethelaw.com

Jennifer Ann Schwarz jaschwarzesq@gmail.com

W. David Walker Dwalker@ccclawfirm.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**