*E-FILED: August 22, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DANIESHA WASHINGTON,

        Plaintiff,

  v.

COUNTY OF MONTEREY; ET AL.,

        Defendants.

_____/

No. C12-01699 HRL

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

     The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

     All parties shall appear on **September 24, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed.  The parties shall file a Joint Statement in response to this Order to Show Cause no later than **September 17, 2013**.  The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal.  If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

     SO ORDERED.

Dated: August  22, 2013

_____

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1

2    **C 12-01699 HRL Order will be electronically mailed to:**

3    Adam John Krolikowski akrolikowski@mastagni.com, adam@usethelaw.com,
     cindi@usethelaw.com, jennifer@usethelaw.com
4

5    Jennifer Ann Schwarz jaschwarzesq@gmail.com

6    W. David Walker Dwalker@ccclawfirm.com

7    **Counsel are responsible for distributing copies of this document to co-counsel who have not
     registered for e-filing under the court's CM/ECF program.**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California