*E-FILED: August 22, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIESHA WASHINGTON, | No. C12-01699 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| COUNTY OF MONTEREY; ET AL., | |
| Defendants. | |

The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

All parties shall appear on **September 24, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **September 17, 2013**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

SO ORDERED.

Dated: August 22, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-01699 HRL Order will be electronically mailed to:**

Adam John Krolikowski akrolikowski@mastagni.com, adam@usethelaw.com, cindi@usethelaw.com, jennifer@usethelaw.com

Jennifer Ann Schwarz jaschwarzesq@gmail.com

W. David Walker Dwalker@ccclawfirm.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**