*E-Filed: September 23, 2013*

1  W. DAVID WALKER (State Bar No. 069506)
   CRADDICK, CANDLAND & CONTI
2  A Professional Corporation
   2420 Camino Ramon, Suite 202
3  San Ramon, CA  94583-4202
   Telephone:  (925) 838-1100
4  Facsimile:  (925) 743-0729
   E-mail:  dwalker@ccclawfirm.com
5
   Attorneys for Defendant(s),
6  COUNTY OF MONTEREY and CALIFORNIA
   FORENSIC MEDICAL GROUP (sued herein as DOE
7  1)

8

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  DANIESHA WASHINGTON, an individual,    No. 5:12-CV-01699-HRL

13              Plaintiff(s),

                                           **STIPULATION OF DISMISSAL**
14  vs.                                    **[Federal Rule of Civil Procedure**
                                           **41(a)(1)]**
15  COUNTY OF MONTEREY, a government
    entity; and DOES 1 TO 20, inclusive,
16
                Defendant(s).
17

18

19          In consideration of the monetary settlement paid by defendant California Forensic

20  Medical Group and of the cost waiver by defendant County of Monterey, the parties hereby

21  stipulate pursuant to FRCP 41(a)(1)(A)(ii) that the plaintiff dismisses the above-captioned matter

22  with prejudice with each party to bear its own costs.

23  DATED:     September 20 2013.        DATED:     September 5 , 2013.

24  CRADDICK, CANDLAND & CONTI          THE KROLIKOWSKI LAW FIRM

25

26  W. DAVID WALKER                     ADAM KROLIKOWSKI
    Attorney for Defendant(s),          Attorney for Plaintiff
27  COUNTY OF MONTEREY and              DANIESHA WASHINGTON
    CALIFORNIA FORENSIC MEDICAL
28  GROUP (sued herein as DOE 1)

**Stipulation of Dismissal**

1   W. DAVID WALKER (State Bar No. 069506)
    CRADDICK, CANDLAND & CONTI
2   A Professional Corporation
    2420 Camino Ramon, Suite 202
3   San Ramon, CA  94583-4202
    Telephone: (925) 838-1100
4   Facsimile: (925) 743-0729
    E-mail: dwalker@ccclawfirm.com

5
    Attorneys for Defendant(s),
6   COUNTY OF MONTEREY and CALIFORNIA
    FORENSIC MEDICAL GROUP (sued herein as DOE
7   1)

8

9

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12   DANIESHA WASHINGTON, an individual,    No. 5:12-CV-01699-HRL

13              Plaintiff(s),              [PROPOSED] STIPULATED ORDER
                                           OF DISMISSAL WITH PREJUDICE
14   vs.                                   [FRCP 41(a)(1)(A)(ii)]

15   COUNTY OF MONTEREY, a government
     entity; and DOES 1 TO 20, inclusive,
16
                Defendant(s).
17

18          This matter comes before the Court upon the filing of a Stipulation of Dismissal with

19   prejudice by plaintiff, Daniesha Washington, and defendants, California Forensic Medical Group

20   and the County of Monterey.  The Court has reviewed the Stipulation of Dismissal and notes the

21   parties' agreement to the terms of the dismissal set forth in this order.  Accordingly,

22          IT IS HEREBY ORDERED AND ADJUDGED that Case 12-cv-01699 be and is hereby

23   DISMISSED WITH PREJUDICE with each party bearing their own costs.

24          DATED: _____September 23_____, 2013.

25

26

27          _____
            HONORABLE HOWARD R. LLOYD
28          UNITED STATES DISTRICT JUDGE