*E-Filed: September 23, 2013*

W. DAVID WALKER (State Bar No. 069506)
CRADDICK, CANDLAND & CONTI
A Professional Corporation
2420 Camino Ramon, Suite 202
San Ramon, CA 94583-4202
Telephone: (925) 838-1100
Facsimile: (925) 743-0729
E-mail: dwalker@ccclawfirm.com

Attorneys for Defendant(s),
COUNTY OF MONTEREY and CALIFORNIA
FORENSIC MEDICAL GROUP (sued herein as DOE 1)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIESHA WASHINGTON, an individual, | No. 5:12-CV-01699-HRL |
| Plaintiff(s), | |
| vs. | **STIPULATION OF DISMISSAL** [Federal Rule of Civil Procedure 41(a)(1)] |
| COUNTY OF MONTEREY, a government entity; and DOES 1 TO 20, inclusive, | |
| Defendant(s). | |

In consideration of the monetary settlement paid by defendant California Forensic Medical Group and of the cost waiver by defendant County of Monterey, the parties hereby stipulate pursuant to FRCP 41(a)(1)(A)(ii) that the plaintiff dismisses the above-captioned matter with prejudice with each party to bear its own costs.

DATED: September 20 2013.

CRADDICK, CANDLAND & CONTI

_/s/ W. David Walker_
W. DAVID WALKER
Attorney for Defendant(s),
COUNTY OF MONTEREY and
CALIFORNIA FORENSIC MEDICAL
GROUP (sued herein as DOE 1)

DATED: September 5, 2013.

THE KROLIKOWSKI LAW FIRM

_/s/ Adam Krolikowski_
ADAM KROLIKOWSKI
Attorney for Plaintiff
DANIESHA WASHINGTON

1  W. DAVID WALKER (State Bar No. 069506)
   CRADDICK, CANDLAND & CONTI
2  A Professional Corporation
   2420 Camino Ramon, Suite 202
3  San Ramon, CA  94583-4202
   Telephone: (925) 838-1100
4  Facsimile: (925) 743-0729
   E-mail: dwalker@ccclawfirm.com
5
   Attorneys for Defendant(s),
6  COUNTY OF MONTEREY and CALIFORNIA
   FORENSIC MEDICAL GROUP (sued herein as DOE
7  1)

8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12 | DANIESHA WASHINGTON, an individual,   | No. 5:12-CV-01699-HRL
13 |            Plaintiff(s),              |
   |                                       | [PROPOSED] STIPULATED ORDER
14 | vs.                                   | OF DISMISSAL WITH PREJUDICE
   |                                       | [FRCP 41(a)(1)(A)(ii)]
15 | COUNTY OF MONTEREY, a government      |
   | entity; and DOES 1 TO 20, inclusive,  |
16 |                                       |
   |            Defendant(s).              |
17

18     This matter comes before the Court upon the filing of a Stipulation of Dismissal with
19 prejudice by plaintiff, Daniesha Washington, and defendants, California Forensic Medical Group
20 and the County of Monterey.  The Court has reviewed the Stipulation of Dismissal and notes the
21 parties' agreement to the terms of the dismissal set forth in this order.  Accordingly,
22     IT IS HEREBY ORDERED AND ADJUDGED that Case 12-cv-01699 be and is hereby
23 DISMISSED WITH PREJUDICE with each party bearing their own costs.
24     DATED:       September 23       , 2013.
25
26
27                                      _____
                                        HONORABLE HOWARD R. LLOYD
                                        UNITED STATES DISTRICT JUDGE
28